WRIGHT, FINLAY & ZAK, LLP
Jonathan M. Zak, Esq., SBN 121592
Gwen H. Ribar, Esq., SBN 188024
Nicole M. Hoffman, Esq., SBN 273450
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Budy, Linda/Pleadings/ MTD)*
Telephone: (949) 477-5050; Facsimile: (949) 608-9142

Attorneys for Defendants, American Home Mortgage Servicing Inc, (erroneously sued herein as American Mortgage), and Wells Fargo Bank N.A. as Trustee For Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4 (erroneously sued herein as Wells Fargo Bank, N.A.)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA R. BUDY<br>25059 PEPPERTREE CRT<br>CORONA AREA, CALIFORNIA 92883<br><br>                    Plaintiff,<br><br>     vs.<br><br>DIRECT FUNDING LLC, AMERICAN MORTGAGE, OPTION ONE MORTGAGE, WELLS FARGO BANK N.A., HERITAGE BANK ESCROW<br><br>                    Defendants. | Case No. **2:11-cv-07803-JHN -SPx**<br><br>*Assigned to the Hon. Jacqueline Nguyen*<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

-1-
JUDGMENT OF DISMISSAL WITH PREJUDICE

1  **PLEASE TAKE NOTICE** that on November 22, 2011, the Court issued an
2  order Granting Defendants' Motion to Dismiss Plaintiff's Complaint, and granted
3  Plaintiff leave to amend no later than December 12, 2011.
4  As of December 28, 2011, no amended Complaint having been filed, the
5  Court ordered the matter dismissed.

7  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
8  Judgment of Dismissal with Prejudice be entered in favor of Defendants American
9  Home Mortgage Servicing Inc., and Wells Fargo Bank N.A. as Trustee For Option
10 One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4 and
11 against Plaintiff Linda R. Budy.

16 Date: January 11, 2012
17                                          United States District Judge