WRIGHT, FINLAY & ZAK, LLP
Jonathan M. Zak, Esq., SBN 121592
Gwen H. Ribar, Esq., SBN 188024
Nicole M. Hoffman, Esq., SBN 273450
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Budy, Linda/Pleadings/ MTD)*
Telephone: (949) 477-5050; Facsimile: (949) 608-9142

Attorneys for Defendants, American Home Mortgage Servicing Inc, (erroneously sued herein as American Mortgage), and Wells Fargo Bank N.A. as Trustee For Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4 (erroneously sued herein as Wells Fargo Bank, N.A.)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA R. BUDY<br>25059 PEPPERTREE CRT<br>CORONA AREA, CALIFORNIA 92883<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT FUNDING LLC, AMERICAN MORTGAGE, OPTION ONE MORTGAGE, WELLS FARGO BANK N.A., HERITAGE BANK ESCROW<br><br>Defendants. | Case No. **2:11-cv-07803-JHN -SPx**<br><br>*Assigned to the Hon. Jacqueline Nguyen*<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1      **PLEASE TAKE NOTICE** that on November 22, 2011, the Court issued an order Granting Defendants' Motion to Dismiss Plaintiff's Complaint, and granted Plaintiff leave to amend no later than December 12, 2011.

     As of December 28, 2011, no amended Complaint having been filed, the Court ordered the matter dismissed.

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment of Dismissal with Prejudice be entered in favor of Defendants American Home Mortgage Servicing Inc., and Wells Fargo Bank N.A. as Trustee For Option One Mortgage Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4 and against Plaintiff Linda R. Budy.

Date: <u>January 11, 2012</u>

United States District Judge